## WALKER, Trustee v BROWN, et. etc

### (Two cases)

Ohio Appeals, 1st Dist, Hamilton Co

Decided June 16, 1930

For full opinion see 33 O L R 272; 173 NE 301; 36 Oh Ap 463 (Oh Bar 12-30-30).